Commonwealth *v.* Richman, Appellant.

Argued December 10, 1971. *Edward H. Weis*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *James J. Wilson*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Riddick, Appellant.

Submitted December 13, 1971. *John J. Segata, Jr.*, Assistant Public Defender, for appellant; *Louis S. Minotti, Jr.*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.